UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA PERSON BURNS, an Individual, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AOL, INC., BRIGHTCOVE, INC., and SCANSCOUT, INC.,<br><br>　　　　　　Defendants. | C.A. No.  1:11-cv-11145-WGY<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sandra Person Burns hereby gives notice that her claims against Defendants AOL, Inc. and Brightcove, Inc. are voluntarily DISMISSED WITHOUT PREJUDICE and that the parties shall bear their own costs and attorneys' fees.

Dated:  New York, New York
　　　　November 23, 2011


KAMBERLAW, LLC


/s/ Grace E. Parasmo
Grace E. Parasmo *(admitted pro hac vice)*
gparasmo@kamberlaw.com
Scott A. Kamber *(admitted pro hac vice)*
skamber@kamberlaw.com
David A. Stampley *(admitted pro hac vice)*
dstampley@kamberlaw.com
100 Wall St., 23rd Flr.
New York, NY  10005
Telephone:  (212) 920-3071
Facsimile:  (212) 202-6364

KYROS & PRESSLY LLP
Konstantine Kyros (BBO #063442)
*konstantine@kyrospressly.com*
60 State St., Ste. 700
Boston, MA  02109
Tel.:  1-800-934-2921
Fax:  1-800-711-7030

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I, Grace E. Parasmo, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 28th day of November, 2011.

            /s/ Grace E. Parasmo
            Grace E. Parasmo