UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA PERSON BURNS, an Individual, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AOL, INC., BRIGHTCOVE, INC., and SCANSCOUT, INC.,<br><br>Defendants. | C.A. No. 1:11-cv-11145-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, having dismissed the above-captioned action as against Defendant ScanScout, Inc., ("ScanScout") without prejudice on December 12, 2011, now, with ScanScout, hereby stipulates and agrees that this action, including all claims filed therein, is dismissed with prejudice as against ScanScout, with all rights of appeal waived; and each of the parties shall bear its own costs, expenses, and attorneys fees associated with the prosecution and defense of this matter.

Respectfully submitted,

Grace E. Parasmo (*admitted pro hac vice*)
gparasmo@kamberlaw.com
Scott A. Kamber (*admitted pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*admitted pro hac vice*)
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall St., 23rd Flr.
New York, NY 10005
Tel.: (212) 920-3071
Fax: (212) 202-6364

– and –

Konstantine Kyros (BBO #063442)
konstantine@kyrospressly.com
KYROS & PRESSLY LLP
60 State St., Ste. 700
Boston, MA 02109
Tel.: 1-800-934-2921
Fax: 1-800-711-7030

*COUNSEL TO SANDRA PERSON BURNS*

Respectfully submitted,

Robert B. Lovett (BBO #561691)
rlovett@cooley.com
Karen L. Burhans (BBO #679017)
kburhans@cooley.com
COOLEY LLP
500 Boylston St.
Boston, MA 02116-3736
Tel.: (617) 937-2300
Fax: (617) 937-2400

– and –

Michael G. Rhodes (*admitted pro hac vice*)
rhodesmg@cooley.com
COOLEY LLP
101 California St., 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
Fax: (415) 693-2222

*COUNSEL TO SCANSCOUT, INC.*

Dated: March 27, 2012

## CERTIFICATE OF SERVICE

I, ROBERT B. LOVETT, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 1st day of April, 2013.

/s/ Robert B. Lovett
Robert B. Lovett

87073 v1/BN